IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

**AMY KHANG-VANG,**

    Plaintiff,

    v.

Case No. 18-cv-92

**WHITELOCKE & ASSOCIATES, LLC**
and **ROBERT FRANKLIN,**

    Defendants.

**PLAINTIFF'S MOTION TO EXTEND SUMMONS
AND TO OPEN DISCOVERY EARLY**

    Plaintiff, Amy Khang-Vang, moves to extend the summons for Defendant, Robert Franklin, for an additional ninety (90) days pursuant to Fed. R. Civ. P. 4(m). Further, Plaintiff requests that the Court permit her to issue discovery to the telecommunication carriers of Defendant, Whitelocke & Associates LLC ("Whitelocke"), the domain name operator of Whitelocke's website, and the United Parcel Service ("UPS") Store at which Whitelocke's business address is located, for the limited purposes of locating and serving Defendant, Robert Franklin, as well as to ensure that the proper parties have been named. Plaintiff relies on the accompanying brief in support of her motion.

Dated this 10th day of May, 2018.

        **HAWKS QUINDEL, S.C.**
        *Attorneys for the Plaintiff, Amy Khang-Vang*

        By: */s/ Michael R. Godbe*
        Nicholas E. Fairweather, State Bar No. 1036681
        Email: nfairweather@hq-law.com
        Michael R. Godbe, State Bar No. 1104823
        Email: mgodbe@hq-law.com
        409 East Main Street
        Post Office Box 2155
        Madison, Wisconsin 53701-2155
        Telephone: (608) 257-0040
        Facsimile: (608) 256-0236