# Exhibit A



**Diligent Inquiry**
**Reference: Robert Franklin – Whitelocke & Associates LLC**

Date:       01/24/2018
Client:     Mike Godbe, Esq – Hawks Quindel
Email:      mgodbe@hw-law.com
Case:       Robert Franklin/Whitelocke & Associates LLC

**Diligent Inquiry:**

I, **Louis Cifelli**, Private Investigator at <u>**On The Lookout Investigations, LLC, located at 1359 Littleton Road, Morris Plains, NJ 07950**</u> hereby certify as follows:

1. A diligent inquiry was made to locate a current address for Robert Franklin of Whitelocke & Associates LLC. Our firm subscribes to multiple databases that provide information only to private investigators and law enforcement. These databases contain the most up to date information on individuals, their addresses, phone numbers, dates of birth, social security numbers, email addresses, property ownership, vehicle ownership, family members, and associates, throughout the United States.

2. The name "Robert Franklin" was obtained from the LLC registration statement on file with the state of California. Whitelocke & Associates LLC is a Delaware LLC that does business in California. Their registered agent is listed as Corporation Service Company, so the company Whitelocke itself may be served upon CSC accepting service as their registered agent. The address for this location is 251 Little Falls Drive, Wilmington, DE 19808. The only address provided for the company is 25745 Barton Road, Suite 426, Loma Linda, CA 92354, which is listed on all corporate documents and the Whitelocke website - https://www.whitelockandassociates.com. This address is a commercial mail receiving agent, the UPS Store. Suite 426 is a misnomer – there are no suites there, "Suite 426" only means mail box number 426 in the UPS store.

3. Due to the commonality of the name Robert Franklin, we were unable to confirm any social media accounts for this subject. No record could be found for any "Robert Franklin" anywhere in searches except when referenced to his name being on the LLC filing with the state of California and when others post online about Whitelocke's robo-calling and harassment phone calls.

4. Database searches indicated over 25 Records for the name "Robert Franklin" in San Bernardino County, California alone. There are hundreds of records for the name "Robert Franklin" in the state of California.

1359 Littleton Road, Morris Plains, NJ 07950
Phone: 973-403-1700
Investigations@OTLOLLC.com

None of these records came back to or could be connected to the only known address for Whitelocke at 25745 Barton Road, Suite 426, Loma Linda, CA. The name "Robert Franklin" is too common to determine which, if any, may be the correct subject associated with Whitelocke.

5. Phone number searches were run through databases for all of the known telephone numbers used by Whitelocke- 855-223-3633, 855-631-7990, et al – none of the searches returned any other hits or more information regarding either Robert Franklin or Whitelocke.

6. No property ownership was located through our databases.

7. No current voter registration records were located.

Due to the commonality of Robert Franklin's name, assuming that is even a true identity, we are unable to provide any more information about him based upon the limited information available.

I declare that, to the best of my knowledge and belief, the information herein is true, correct and complete.

_____          1/24/18
Signature of Louis Cifelli                Date

**NOTARY PUBLIC OF NEW JERSEY**

This statement was sworn and subscribed before me this 24th day of January, 2018

_____
Signature of Notary Public

CARINA M. YTURBE
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 6/26/2020

1359 Littleton Road, Morris Plains, NJ 07950
Phone: 973-403-1700
Investigations@OTLOLLC.com