IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

AMY KHANG-VANG,

                Plaintiff,                          ORDER

    v.

                                       18-cv-092-wmc

WHITELOCKE & ASSOCIATES, LLC,
and ROBERT FRANKLIN,
                Defendants.

---

Defendant Robert Franklin, having failed to appear, plead or otherwise defend in this action, and default having been entered on October 19, 2018; counsel for plaintiff having requested judgment against the defaulted defendant and having filed a proper motion for default judgment and supporting affidavits in accordance with Federal Rule of Civil Procedure 55 and the Servicemember Civil Relief Act of 2003; and the defendant again having failed to file any objection to the motion or supporting materials; and the defendant having failed to appear at the hearing on plaintiff's motion for default judgment;

NOW, THEREFORE, IT IS ORDERED that:

1. Plaintiff's motion for default judgment (dkt. #23) is GRANTED IN PART AND DENIED IN PART. The motion is granted in favor of plaintiff Amy Khang-Vang and against defendant Robert Franklin in the amount of $384.00. This amount consists of reasonable attorney's fees and costs incurred since the court's entry of partial judgment in favor of co-defendant Whitelock & Associates, LLC. (Godbe Decl. (dkt. #24) ¶ 7; *id.*, Ex. A.) In addition, defendant Franklin is jointly and

severally liable for the previous awards to plaintiff of attorney's fees in the amount of $9,820.20 and $1,000.00 in statutory damages pursuant to 15 U.S.C. § 1692(a)(2)(A). In all other respects, the motion is denied.

2. The clerk of court is directed to enter judgment consistent with this order and its prior August 20, 2018 order (dkt. #19) and close this case.

Entered this 29th day of November, 2018.

BY THE COURT:

/s/
_____
WILLIAM M. CONLEY
District Judge