IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

AMY KHANG-VANG,

    Plaintiff,    Case No. 18-cv-92-wmc

 v.

WHITELOCKE & ASSOCIATES, LLC and
ROBERT FRANKLIN,

    Defendants.

**DEFAULT JUDGMENT**

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Amy Khang-Vang against defendants Whitelocke & Associates, LLC, and Robert Franklin, jointly and severally, in the amount of $10,820.20.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Amy Khang-Vang against defendant Robert Franklin in the amount of $384.

| s/V. Olmo, Deputy Clerk | 11/29/2018 |
| --- | --- |
| Peter Oppeneer, Clerk of Court | Date |